IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-20157
Summary Calendar

_____

HOWARD F. LARSSON,

                                        Plaintiff-Appellee,

versus

CITY OF HOUSTON TEXAS, ET AL,

                                        Defendants,

M.L. CURRAN, Captain; MILTON JONES, Lieutenant,

                                        Defendants-Appellants.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
(97-CV-1750)
--------------------

November 17, 1999

Before POLITZ, SMITH, and WIENER, Circuit Judges.

PER CURIAM:[*]

     Defendants Curran and Jones appeal from the district court's denial of their motion for summary judgment based upon qualified immunity.  They argue that the district court erred by denying their summary-judgment motion and that this court has jurisdiction over the interlocutory appeal.  Because there is a significant fact-related dispute, however, this court does not have

_____

     [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

jurisdiction to review the denial of the motion for summary judgment. See Johnson v. Jones, 515 U.S. 304, 313 (1995).

APPEAL DISMISSED.